## Suter v. Christian.

(Decided June 1, 1923.)

### Appeal from Allen Circuit Court.

Appeal and Error—Judgment Affirmed if Neither Party Files Briefs.—Where neither appellant nor appellee files a brief, the Court of Appeals can do nothing but affirm the judgment.

OLIVER & DIXON for appellant.

W. D. GILLIAM for appellee.

OPINION OF THE COURT BY CHIEF JUSTICE SAMPSON—Affirming.

As neither appellant nor appellee has filed a brief on this appeal, this court under a well established rule can do nothing but affirm the judgment. Guardian Life Insurance Company v. Zimlick, 198 Ky. 616; Spradlin v. Spradlin, et al., 170 Ky. 297; Commonwealth v. L. & E. R. R. Co., 167 Ky. 442; Continential Insurance Co. v. Ramsey, 160 Ky. 441.

Judgment affirmed.